# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PHILLIPS CHARLES,<br>JAIIR COLEMAN,<br>CHRISTINA BERNBAUM, and<br>ARMANI MINIER-TEJADA,<br><br>    Defendants. | No. 21-cr-10099-NMG |

### REPORT AS TO DEFENDANT JAIIR COLEMAN IN LIEU OF A FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(c)

Cabell, U.S.M.J.

Defendant Jaiir Coleman was scheduled to have a final status conference on November 17, 2021. On November 14, 2021, however, the parties filed a status report requesting that his case be transferred to the District Judge for a Rule 11 hearing. That hearing has since been set for December 1, 2021, at 9:45 am. Accordingly, no further status conferences are necessary regarding him and I report as follows:

**Local Rule 116.5(c)(1) – Whether the Defendant Requests a Rule 11 Hearing**

Defendant Coleman requests a Rule 11 hearing.

**Local Rules 116.5(c)(2)(A) – Status of Discovery**

Discovery is complete with respect to defendant Coleman.

**Local Rule 116.5(c)(2)(C): Whether Any Rule 12(b) Have Been or Will Be Filed**

No Rule 12(b) motions will be filed with respect to defendant Coleman.

**Local Rule 116.5(c)(2)(D) – The Status of Excludable Time**

The court has entered orders in the aggregate excluding the time from the defendant's arraignment to January 12, 2022.  Accordingly, 70 non-excludable days will remain under the STA when and if the Rule 11 hearing is held on December 1st as scheduled.

**Local Rule 116.5(c)(2)(E) and (c)(3): Estimate of Trial and Miscellaneous Matters**

The parties were unable to provide an estimate regarding the length of a trial in this case should the case for some reason go to trial, although a trial is unlikely given the defendant's request for a Rule 11 hearing.

With respect to the three remaining defendants, defendant Christina Bernbaum is scheduled for a Rule 11 hearing on November 30, 2021.  Defendants Armani Minier-Tejada and Phillips Charles recently each received new counsel.  Counsel are in the process of reviewing discovery and discussing the case with the government.  Their final status conference has been scheduled for January 12, 2022.

There are no other matters specific to the case that would assist the District Judge upon transfer.

/s/ Donald L. Cabell
DONALD L. CABELL, U.S.M.J.

DATED:  November 15, 2021